Donell J. BLOUNT, Sr., Plaintiff—
Appellant,

v.

Doctor WILLIAMS; D. Yates, R.N.; P. Adams, L.P.N.; C. More, L.P.N.; V. Phipps; Lieutenant Mullins; Sergeant Day; Lieutenant Rose; Corpo-

ral McClean; Corporal Fields; R. Mullins; Corporal Lyall; Corporal Baker; Lieutenant Turner; J. Armentrout; Sergeant Tate; Corporal Lawson; Corporal Boyd; Corporal Jeremy Fleming; Corrections Officer Smith; Corrections Officer Ratliff; Sergeant O'Quinn; Officer Foster; Officer Pennington; J. Fleming; Lieutenant S. Mullins; S. Boyd; M. McClellan, Defendants—Appellees,

and

Corporal Owens; Corporal Tomkins; Corporal Kennedy; Corporal Lee; Sergeant Mullins; Warden T. Ray; Doctor Bailey, Dentist; Y. Taylor; R.N. Roberts; Corporal Edward; Corporal Taylor; Corporal Buchanan; Sergeant Phillips; Corporal Greg Boyd; Corporal Lambert; Gene M. Johnson; Jane Doe; John Doe, Defendants.

Donell J. Blount, Sr., Plaintiff— Appellant,

v.

Gentry, Correctional Officer; Sexton, Correctional Officer; Doctor Williams; V. Phipps, Nurse; T. Ray, Warden; Larry Huffman, Regional Director; John Doe; Nurse Mullins; Yates, Registered Nurse; Fleming; Anderson, Correctional Officer; Cox, Correctional Officer; Rasnick, Correctional Officer; c/o Mullins; Sergeant Fleming; J. Fleming, Defendants—Appellees.

Nos. 07–6535, 07–6777.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 5, 2007.

Decided: Nov. 1, 2007.

Donell J. Blount, Sr., Appellant Pro Se. Jim Harold Guynn, Jr., Guynn, Memmer & Dillon, PC, Roanoke, Virginia; Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Donell J. Blount, Sr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaints. We have reviewed the records and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. *See Blount v. Williams*, No. 7:05–cv–00556–GEC (W.D.Va. filed Mar. 23, 2007 & entered Mar. 26, 2007); *Blount v. Gentry*, No. 7:06–cv–00312, 2007 WL 1310163 (W.D.Va. filed May 2, 2007 & entered May 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*